**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503 – 6800 | 08/02/2022 |

| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: ____ | At (City/Town) New Haven | Case type code (See list on page 2) Major: T Minor: 3 |
|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Gillis & Gillis, P.C., 265 Church Street, Suite 203, New Haven, CT 06510 | 407911 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 562 – 5104 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) amym@gillislawfirm.com |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Hetland, Joshua<br>Address: 155 Huntington Avenue, New Haven, CT 06512 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: 155 Temple Street, LLC, c/o Omni Hotels, 4001 Maple Avenue, Suite 600, Dallas, Texas, 75219 A/S: Corporation Service Company, Goodwin Square, 225 Asylum Street, 20th Floor, Hartford CT 06103 | D-01 |
| Additional defendant | | D-02 |
| Additional defendant | | D-03 |
| Additional defendant | | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants:1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued**. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.

**The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | | Name of person signing |
|---|---|---|---|
| 06/22/2022 | [signature] | ☒ Commissioner of Superior Court ☐ ____________ Clerk | Joseph L. Gillis, Esq. |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|
| | | | |

Print Form

Reset Form


**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   *(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
   *(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   *(c) Applications for change of name*
   *(d) Probate appeals*
   *(e) Administrative appeals*
   *(f) Proceedings pertaining to arbitration*
   *(g) Summary Process (Eviction) actions*
   *(h) Entry and Detainer proceedings*
   *(i) Housing Code Enforcement actions*

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other<br>*Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

Print Form

Reset Form

**RETURN DATE: August 2, 2022** : **SUPERIOR COURT**

**JOSHUA HETLAND** : **J.D. OF NEW HAVEN**

**V.**

**155 TEMPLE STREET, LLC** : **AT NEW HAVEN**

: **JUNE 22, 2022**

**COMPLAINT**

1. The Plaintiff, **JOSHUA HETLAND**, is an individual who, at the time of this accident, was residing at 155 Huntington Avenue, in New Haven, Connecticut.
2. The defendant, **155 TEMPLE STREET, LLC** (hereinafter referred to as "**155 TEMPLE**") is a foreign limited liability company, with a business address at 4001 Maple Avenue, Suite 600, Dallas, TX 75219.
3. On July 3, 2020, the defendant **155 TEMPLE** owned, operated, and/or maintained the premises known as 900 Chapel Street, New Haven, Connecticut.
4. On July 3, 2020, the defendant **155 TEMPLE** was in possession and control of the premises known as 900 Chapel Street, New Haven, Connecticut.
5. On July 3, the plaintiff, **JOSHUA HETLAND**, during the course of his employment was upon the premises known as 900 Chapel Street, New Haven, Connecticut where the liquor store known as Temple Wine and Liquor is located.
6. On said date, as the plaintiff **JOSHUA HETLAND** was carrying a 55 gallon trash bin down a flight of stairs at 900 Chapel Street, New Haven, Connecticut, he was caused to slip and fall due to a wet substance on the staircase.

7. Said incident was directly and proximately caused by the carelessness and negligence of the defendant **155 TEMPLE,** its agents, its servants, or its employees in one or more of the following ways:
    a. In that, they caused or allowed and permitted the staircase on their premises to be and remain in a slippery, wet, unsafe and dangerous condition;
    b. In that, they failed to properly maintain the staircase on their premises;
    c. In that, they failed to keep the staircase on their premises in a reasonably safe condition;
    d. In that, they failed to post proper caution signs, or otherwise failed to warn others, including the plaintiff, of the slippery, wet, unsafe and dangerous condition of the staircase on their premises;
    e. In that, they failed to remedy or remove the slippery, wet, unsafe and dangerous condition on the staircase when the same reasonably necessary under the circumstances; and
    f. In that, they failed to make proper and reasonable inspection of the staircase on their premises.
8. The defendant **155 TEMPLE** knew, or had it exercised due care and proper diligence, should have known of the aforesaid condition.
9. As a result of the aforesaid incident, the plaintiff **JOSHUA HETLAND** sustained the following injuries, some or all of which are or may be permanent in nature:
    a. Injury to the neck, consisting of a cervical sprain/strain;
    b. Injury to the low back, consisting of an acute lumbar sprain/strain;

    c. Injury to the left leg, consisting of pain in the left knee and leg;

d. Injury to the left shoulder, consisting of pain; and

e. Injury to the right arm, consisting of a right wrist sprain and medical epicondylitis of the right elbow.

10. As a result of the negligence of the defendant **155 TEMPLE**, the plaintiff **JOSHUA HETLAND** has incurred expenses for prescriptions, physicians' services, medical supplies, physiotherapy and hospitalization.

11. As a further result of the injuries sustained by plaintiff **JOSHUA HETLAND** in the aforesaid incident, the plaintiff has lost earnings from his employment, his earning capacity has been impaired and will continue to be impaired in the future.

12. As a further result of the negligence of the defendant **155 TEMPLE**, the plaintiff, **JOSHUA HETLAND**, was unable, and remains unable, to participate in and enjoy his usual activities.

**WHEREFORE,** the plaintiff claims compensatory monetary damages within the jurisdiction of this Court.

**THE PLAINTIFF**

**BY**____________________________

**JOSEPH L. GILLIS**
**GILLIS & GILLIS, P.C.**
**265 CHURCH STREET, SUITE 203**
**NEW HAVEN, CONNECTICUT 06510**
**(203) 562-5104**
**JURIS NO. 407911**

| | | |
|---|---|---|
| **RETURN DATE: August 2, 2022** | : | **SUPERIOR COURT** |
| **JOSHUA HETLAND** | : | **J.D. OF NEW HAVEN** |
| **V.** | | |
| **155 TEMPLE STREET, LLC** | : | **AT NEW HAVEN** |
| | : | **JUNE 22, 2022** |

**STATEMENT OF AMOUNT IN DEMAND**

The plaintiff claims monetary damages in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00).**

**THE PLAINTIFF**

**BY**____________________________

**JOSEPH L. GILLIS, ESQ.**
**GILLIS & GILLIS, P.C.**
**265 CHURCH STREET, SUITE 203**
**NEW HAVEN, CONNECTICUT 06510**
**(203) 562-5104**
**JURIS NO. 407911**

STATE OF CONNECTICUT:
: ss: HARTFORD JUNE 28, 2022
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of FELICIA POWELL, FULFILLMENT SPECIALIST OF CORPORATION SERVICE COMPANY, 225 ASYLUM STREET, 20TH FLOOR, AGENT FOR SERVICE for the within named defendant **155 TEMPLE STREET, LLC,** in the said town of HARTFORD, County of Hartford.

The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

| | |
|---|---|
| Verified pages | $ 6.00 |
| Endorsements | 1.60 |
| Service | 40.00 |
| Travel | 12.00 |
| | ----------- |
| Total | $59.60 |

ATTEST:

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

State of Connecticut
County of Hartford
Department of Administrative Services

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295